# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| McKenzie Electric Cooperative, Inc., ) | |
| ) | Case No. 1-16-cv-434 |
| Defendant. ) | |

The court held a status conference with the parties on August 3, 2017. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The parties shall disclose any expert they intend on using for an affirmative relief no later than August 1, 2017.

2. The parties shall disclose rebuttal experts no later than November 1, 2017.

The court further **ORDERS** that the final pretrial conference set for October 6, 2017, is canceled. The bench trial set for October 18, 2017, shall be rescheduled for January 24, 2018, at 9:00 a.m. A three (3) day trial is anticipated. Two (2) days prior to trial, counsel shall e-mail the following documents to ndd_J-Miller@ndd.uscourts.gov in "Wordperfect" or "Word" format:

(1) An exhibit list for each party;

(2) A witness list for each party; and

(3) Expert Reports.

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court