# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1-16-cv-434 |
| McKenzie Electric Cooperative, Inc., | ) |
| Defendant. | ) |

Before the court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. No. 18). The court **ADOPTS** the stipulation and **ORDERS** the action be dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(iii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2017.

                                                     */s/ Charles S. Miller, Jr.*
                                                     Charles S. Miller, Jr., Magistrate Judge
                                                     United States District Court